**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| **DWIGHT GUYOT,** )<br>)<br>Petitioner, )<br>)<br>vs. )<br>)<br>**C.J. DEROSA,** )<br>)<br>Respondent. )<br>_____) | CIV 04-1992 PHX JWS<br><br>ORDER AND OPINION<br><br>[Re:   Report and Recommendation] |

**I.  MATTER PRESENTED**

At docket 1, Dwight Guyot filed a *pro se* petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241 against C.J. DeRosa.  At docket 9, DeRosa filed a response to the petition.  Magistrate Judge Edward C. Voss filed his report and recommendation at docket 20.  No objections to the report and recommendation have been filed.

**II.  STANDARD OF REVIEW**

The district court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge."[1]  When reviewing a magistrate judge's report and recommendation in a habeas case, the district court reviews *de novo* conclusions

---

[1] 28 U.S.C. § 636(b)(1).

of law[2] and findings of fact to which parties object.[3]  The court reviews for clear error uncontested findings of fact.[4]

### III.  DISCUSSION

Having reviewed the report and recommendation under the standard articulated above, the court adopts it.  The petition is **DENIED** and **DISMISSED with prejudice.**

DATED at Anchorage, Alaska, this 14th day of October 2005.

/s/
JOHN W. SEDWICK
UNITED STATES DISTRICT JUDGE

---

[2] *Barilla v. Ervin*, 886 F.2d 1514, 1518 (9th Cir. 1989), *overruled on other grounds by Simpson v. Lear Astronics Corp.*, 77 F.3d 1170, 1174 (9th Cir. 1996).

[3] 28 U.S.C. § 636(b)(1).

[4] *Taberer v. Armstrong World Indus., Inc.*, 954 F.2d 888, 906 (3d Cir. 1992).